■ In the Matter of JULIAN C. JOHNSON, for Reinstatement, Petitioner. [614 NYS2d 340] —Order entered terminating suspension and reinstating petitioner as an attorney and

counselor-at-law. Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.